**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RANDY A. HART,**

       **Plaintiff,**

**v.**                               **Case No.  4:17cv219-MW/CAS**

**WARDEN SCOTT PAYNE,**

       **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No.  9.   Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to honestly disclose all prior cases and because Plaintiff is not entitled to proceed without full payment of the filing fee pursuant to 28 U.S.C. §

1915(g).  The Clerk shall note on the docket this cause is dismissed pursuant to 28

U.S.C. § 1915(g)."  The Clerk shall close the file.

**SO ORDERED on August 18, 2017.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**